*Appen II*

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC  20543-0001

May 24, 2006

Clarence McGann
06A0434
Wyoming Correctional Facility
P. O. Box 501, 3203 Dunbar Road
Attica, NY 14011

RE: Clarence McGann v. New York, et al.

Dear Mr. McGann:

The above-entitled petition for writ of certiorari was postmarked May 18, 2006 and received May 24, 2006.  The papers are returned for the following reason(s):

The appendix to the petition does not contain the following documents required by Rule 14.1(i):

The lower court opinion(s) must be appended in their entirety.

The order denying rehearing must be appended.  Rule 14.1(i)(iii).

Please correct and resubmit as soon as possible.  Unless the petition is received by this Office in corrected form within 60 days of the date of this letter, the petition will not be filed.  Rule 14.5.

A copy of the corrected petition must be served on opposing counsel.

When making the required corrections to a petition, no change to the substance of the petition may be made.

Sincerely,
William K. Suter, Clerk
By:

Ruth Jones
(202) 479-3022

06 1592

**FILED**

SEP 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Enclosures

5-14

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK, WASHINGTON, D.C. 20543-0001

FROM:  Clarence McGann   vs New York et.al.

                         Re:  Your Ltr. 24 May 2006
                         Signed Ms. Ruth Jones

Dear Ms: Jones

Received your letter above Re. I verily believe that I have comp-
lied with your demands as raised in Rule 14.5 at page 11, (i).

   I will conceed that they are not setforth as an Attorney
would, but they are fully present and I will refer you to them.
I should at this time bring to your attention the U.S Supreme Court
opinion in Haines Vs Kerner 404 U.S. 519, which allow  person such
as my self, to proceed before the court, and not be held to strict
standards which an Attorney is being held.


   FINAL ORDER   Page 21, [Lower right hand corner] Exhibit "A"
that is the final order of the Appellate Court.
   CONSTITUTIONAL ISSUES   Exhibit "B"  Page 22, Petitioner sets
forth multiple constitutional violations to invoke the Courts juris-
diction. Viz Suspending and refusing to hear undersigns Habeas Cor-
pus. Refusal by Court to allow Petitioner to Proceed Pro Se, some
two years before trial was scheduled.Refusal to provide counsel
when issue of commitment to mental hospital for evaluation was an
issue.  Violation of Payton vs New York, and refusal of Court to
adjudicate same, when Police Officer came into undersigns home with-
out a warrant to make a routine arrest, then charged the petitio-
ner with items found in the home, and and stole Petitoner's property
and never vouchered same.


   REFUSAL AND REJECTION by the NY Court of Appeals of to issue
Mandamus relief to Petitioner whom is being denied his constitu-
tional right to a direct appeal upon the questions of law that in-
curred at trial, and not upon issues the court wishes to set forth
at the courts own pace.

**FILED**   06 1592

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*1 - 3*

**RECEIVED**

JUN 2 0 2006

OFFICE OF THE CLERK
SUPREME COURT, U.S.

*6 - 18*

EXHIBIT "C" Clearly shows that the Attorney Generals office and
Judicial System are to determine to violate the constitutional
rights of the citizens of the State Of NY.  There is no law higher
than the U.S. Const., but the State of NY, has placed the Const.,
of the US., on the back burner, when it issued or had issued laws
which stopped anyone from investigating what it's doing with the
U.S. Const.  This is what exhibit "C" is saying.  This law which
prohibit the NY State Inspector General from investigating cor-
ruption dealing with the rights guranteed under the U.S. Const.,
clearly over rules the U.S. Supreme Court edict in Ex Parta Young
209 U.S. 123 .  It's the U.S. Supreme Court that has to overturn
the mandate of ExParta Young Supra, not a NY State edict.

The State of NY, has been getting away with this law lessness
for years, because everyone want to take a deal.  Except now, I am
to old (76) to make a deal that will kill my grand children.

A FORTIOR This letter and the documents submitted herewith
clearly sustain the fact that Petitioner is fully entitled to haVE
his Petition for Writ of Certiotari considered,in addition to Cer-
tiorari, also a an EXTRAORDINARY WRIT, such a consideration as an
extraordinary writ will aid the courts appellate.  jurisdiction.
The exceptional circumstances inthis case clearly warrant the ex-
cercise of the courts discrectionary powers. It should be noted
thatPetitioner cannot obtain relief from any other court that has
proper jurisdiction in this case. This is what happens when the
State Of NY, up set the orderly manner of doing business, and en-
forcing it's own criteria instead of the one mandated by the U.S.
Constitution.

Petitioner further request that this court issue an order
to a Fact Finding Agency to determine the facts and the curruption
which exsist in this case.  The Attorney General for the state of
NY should be made to answer at a evidentiary hearing why these
constitutional violation exsist in this case.
Petitioner prays that he be released R.O.R., pending final adjudi-
cation in this matter and be made whole.

Respectfully Submitted

Clarence McGann 06A0434
Wyoming Correctional Facility
Attica, NY 14011-0501


## affidavit of service

The foregone document have been enclosed in a pre paid envelope
addressed to the followinf person (s) at the designated addresses
below on this14th day of June 2006.

ATTY. GENERAL STATE OF NY  120 Broadway, NY, NY  10271
NY STATE INSPECTOR GENERAL 61 BROADWAY, NY., NY. 10006

Dated _13_ June 2006, Attica, NY

CLARENCE MCGANN   Plus return
of Petition for Writ of Certiorari
Affirmed Under Penalty
of Perjory T-28 Sec 1746 USL

7—3

8—14

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC  20543-0001

June 22, 2006

Clarence McGann
06A0434
Wyoming Correctional Facility
P. O. Box 501, 3203 Dunbar Road
Attica, NY 14011

   RE: Clarence McGann v. New York, et al.

Dear Mr. McGann:

The above-entitled petition for writ of certiorari was originally postmarked May 18, 2006 and received again on June 20, 2006.  The papers are returned for the following reason(s):

   No motion for leave to proceed in forma pauperis, signed by the petitioner or by counsel, is attached.  Rules 33.2 and 39.  The motion must be signed.

   No notarized affidavit or declaration of indigency is attached.  Rule 39.  You may use the enclosed form.

   The appendix to the petition does not contain the following documents required by Rule 14.1(i):

      The lower court opinion(s) must be appended in its entirety.

      The order denying rehearing must be appended.  Rule 14.1(i)(iii).

It is impossible to determine the timeliness of the petition without the lower court opinions.

Please correct and resubmit as soon as possible.  Unless the petition is received by this Office in corrected form within 60 days of the date of this letter, the petition will not be filed.  Rule 14.5.

A copy of the corrected petition must be served on opposing counsel.

06 1592
**FILED**
SEP 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*9-19*

When making the required corrections to a petition, no change to the substance of the petition may be made.

Sincerely,
William K. Suter, Clerk
By:

Ruth Jones
(202) 479-3022

Enclosures

*Appen - VII*

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

July 19, 2006

Clarence McGann
06A0434
Wyoming Correctional Facility
P. O. Box 501, 3203 Dunbar Road
Attica, NY 14011

   RE: Clarence McGann v. New York, et al.

Dear Mr. McGann:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case was postmarked July 13, 2006 and received July 19, 2006. The application is returned for the following reason(s):

   The Rules of this Court make no provision for filing an application for an extension of time to file a corrected petition for writ of certiorari.

Sincerely,
William K. Suter, Clerk
By:

Ruth Jones
(202) 479-3022

06 1592

# FILED

SEP 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Enclosures

11-14

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

August 9, 2006

Clarence McGann
06A0434
Wyoming Correctional Facility
P. O. Box 501, 3203 Dunbar Road
Attica, NY 14011

    RE: Clarence McGann v. New York, et al.

Dear Mr. McGann:

The above-entitled petition for writ of certiorari was originally postmarked May 18,
2006 and received again on August 8, 2006.  The papers are returned for the following
reason(s):

    They are returned for failure to reflect the changes requested in prior
    correspondence.

                            Sincerely,
                            William K. Suter, Clerk
                            By:

                            Ruth Jones
                            (202) 479-3022

Enclosures

12-14



STATE OF NEW YORK
**OFFICE OF THE INSPECTOR GENERAL**
STATE CAPITOL
ALBANY, NEW YORK 12224
(518) 474-1010

61 BROADWAY, 12TH FLOOR
NEW YORK, NEW YORK 10006
(212) 635-3150

**DINEEN ANN RIVIEZZO**
INSPECTOR GENERAL

65 COURT STREET, 5TH FLOOR
BUFFALO, NEW YORK 14202
(716) 847-7118

August 14, 2006

Clarence McGann
DIN # 06A0434
P.O. box 501
Attica, NY 14011-0501

Dear Mr. McGann:

Re: OSIG #0028-00D-2006

We are in receipt of your recent letter postmarked August 2, 2006, regarding the NYS Office of the Attorney General and the NYS Court System.

Please note that the Office of the State Inspector General has the authority to investigate allegations of corruption within certain New York <u>State</u> Government Agencies whose heads have been nominated or appointed by the Governor.

As previously noted in our letter dated January 30, 2006, we have no jurisdiction over either the NYS Office of the Attorney General or the NYS Court System. Therefore, you may wish to contact the NYS Office of Court Administration or the NYS Office of the Attorney General directly.

Very truly yours,

Joseph W. Flynn
Chief Investigator

JWF / am

23-14

## APPENDIX

Letters from Clerk of U.S. Supreme Court dated May 24th 06
Plaintiff"s Reply dated 13th June (3 pages)

Letter From Clerk  dated 22nd June(2 pages)

Letter From Clerk (dated  July 19th)

Letter From Clerk dated  August 9th 06

Letter From Office Of The Inspector General State Of NY dated 14th Aug.
THIS LETTER CLESARLY OVERRIDES THE CONSTITUTION OF THWE U.S.A. AND THE
EDICT FOUND IN EXPARTA YOUNG SUPRA.