<u>United States District Court For The District Of Columbia, Washington, D.C.</u>
<u>Federal Question Involved</u>

Clarence McGann
   Plaintiff, Pro Se.

RECEIVED
OCT 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

  - vs -   <u>Case # 1:06 CV 01592, E.G.S.</u>

William K Suter, Clerk, U.S. Supreme Court; - Ruth Jones, Deputy Clerk,
       Defendants.

Motion To Allow The Process Of Service To Be Accomplished By Certified Mail, Return Receipt

Hon. Court:

Plaintiff, is proceeding Pro Se. is unlearned in law, but sufficiently knowledgeable to know that the foundation of this case, rest upon a conviction had by a court that was totally without jurisdiction. Viz: Federal Digest under <u>Courts</u> Key 40 AND C.J.S. "Courts"

Plaintiff had requested that the U.S. Marshal make the Process Of Service, but upon reading the General Information Sheet for Pro Se Plaintiff's; it appears, Plaintiff has lost that avenue by paying the filing fee in this court.

The Agencies involved in this suit are a part of the Federal Government, As such service by certified mail return receipt, would not present any undue burden upon counsel for the Defendants.

Therefore Petitioner prays that he be allowed to complete the Process Of Service by certified mail, Return receipt, and obtain any other relief from this court, that he may be so entitled under the circumstances, and facts of this case; including bail, R.O.R. pending final adjudication of the facts.

Respectfully Submitted

## Certificate Of Service

I hereby certify that on the 26th day of September 2006, a copy of the Civil Rights complaint filed in this court against William K Suter, Clerk, U.S. Supreme Court, et al., and a copy of this motion to allow the service of process, to be accomplished by certified mail return receipt, was sent to the Attorneys for the Defendants. Namely

(1) U.S. Atty. for the District Of Columbia, Washington, D.C. 20001

(2) Atty General Of The U.S. Dept. Of Justice 950 Pennsylvania Ave, Washington, D.C. 20530

by certified Certified mail return receipt requested.

Clarence Nelson Petitioner

Affirmed under Penalty Of Perjury Title 28 Sec 1746, U.S.C.