```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
CLARENCE MCGANN,              )
                              )
          Plaintiff,          )
                              )
     v.                       )      Civil Action No. 06-1592 (EGS)
                              )
WILLIAM K. SUTER, et al.      )
                              )
          Defendants.         )
_____)
```

## **O R D E R**

This matter comes before the Court for consideration of plaintiff's *pro se* complaint and plaintiff's Motion to Allow the Process of Service to be Accomplished by Certified Mail, Return Receipt.  Because the complaint fails to state a claim upon which relief may be granted, it will be **DISMISSED**.  The Motion to Allow Process of Service is **DENIED** as moot.

Plaintiff brings this action against William K. Suter, Clerk of the Supreme Court, and Ruth Jones, Deputy Clerk of the Supreme Court.  In his complaint, plaintiff alleges that the Clerk and Deputy Clerk of the Supreme Court wrongfully refused to accept plaintiff's pleadings.  The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court and is authorized to reject any filing that does not comply with the applicable rules and orders.  *See* Sup. Ct. R. 1.  This Court has no authority to determine what action, if any, must be taken by the Justices of the Supreme Court and the Supreme

Court's administrative officers.  *See In re Martin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992).  In any event, judges and other court officials have absolute immunity for their actions taken in a judicial or quasi-judicial capacity. *See Stump v. Sparkman*, 435 U.S. 349, 356 (1978); *see also Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993).

Accordingly, it is hereby,

**ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim; and it is

**FURTHER ORDERED** that plaintiff's Motion to Allow Process of Service is **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is removed from the docket of this Court.  This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          October 10, 2006**


Notice to:

Clarence McGann
NO. 06A0434
Wyoming Correctional Facility
P.O. Box 501
Attica, NY 14011-0501